Hurchick *v.* Falls Township Board of Supervisors et al., Appellants.

Argued September 13, 1963. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Daniel J. Ryan,* with him *La Brum and Doak,* for appellants.

*Harold S. Patton,* with him *Neal and Patton,* for appellee.

OPINION PER CURIAM, March 17, 1964:

The order of the Court of Common Pleas of Bucks County reversing the order of the Workmen's Compensation Board and remanding the record to the Workmen's Compensation Board for further proceedings is affirmed upon the opinion of Judge JOHN P. FULLAM, reported at 32 Pa. D. & C. 2d 729.

See: *Fehr v. Y. M. C. A.,* 201 Pa. Superior Ct. 107, 192 A. 2d 143 (1963).